# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IFIXITUSA LLC, et al., <br><br>          Plaintiffs, <br><br> vs. <br><br> Ifixit Corporation, <br><br>          Defendant. | No. CV-21-00887-PHX-DGC <br><br> **ORDER** |

Pending before the Court is Plaintiffs' motion to extend time for service of Defendant. Doc. 10.

**IT IS ORDERED** Plaintiffs' motion to extend (Doc. 10) is **granted**. Plaintiffs shall have until **October 25, 2021** to serve Defendant. Plaintiffs are advised that the Court will not be inclined to grant additional extensions absent truly extraordinary circumstances.

Dated this 24th day of August, 2021.

David G. Campbell
Senior United States District Judge